FILED
08 APR 21 AM 9:58
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Rosa Elizabeth DE LARA-Contreras**

Defendant.

Magistrate Case No. '08 MJ 1204

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation

The undersigned complainant being duly sworn states:

On or about **April 18, 2008**, within the Southern District of California, defendant **Rosa Elizabeth DE LARA-Contreras**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Soledad FISCHER AKA: Soledad GONZALEZ-Robles**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **APRIL**, 2008.

UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, United States Customs and Border Protection (CBP) Enforcement Officer J. Poplawski, declare under penalty of perjury the following to be true and correct:

The complainant states that **Soledad FISCHER AKA: Soledad GONZALEZ-Robles** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 18, 2008 at approximately 1751 hours **Rosa Elizabeth DE LARA-Contreras (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 1991 Plymouth Voyager. A Customs and Border Protection Officer (CBP) received a negative declaration from the Defendant. Defendant presented her valid DSP-150/Border Crossing card for entry. Defendant stated the vehicle belongs to her cousin and stated she was going to San Diego to pickup some money. The Officer performed an inspection of the vehicle and and noticed that the driver side wall taped solid. The CBP Officer then pulled the left side wall panel and discovered a person lying sideways in the compartment. The Defendant was taken into custody and the vehicle was driven into secondary for further inspection.

In secondary, CBP Enforcement Officers were requested to the vehicle lot. Officers assisted in opening the concealment area, removing one adult female from the side panel compartment. The female was determined to be a citizen and native of Mexico with no entitlements to enter the United States. The female now identified as Material Witness Soledad FISCHER AKA: Soledad GONZALEZ-Robles (MW).

During a videotaped proceeding, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted knowledge to smuggling one alien in the side left wall compartment of the vehicle. Defendant admitted she was going to San Ysidro, Ca with the alien and the vehicle. Defendant admitted she was going to be paid $1000.00 USD for the smuggling act. Defendant admitted she has been successful three times smuggling aliens prior to this incident making $3000.00 USD.

On a separate videotaped interview, Material Witness declared she is a citizen of Mexico who has no legal right to enter the United States. Material Witness stated she was going to National City, Ca to reunite with her children. Material Witness stated she was going to pay $3000.00 (USD) to be smuggled into the United States. Material Witness stated her family members were going to pay upon her arrival to National City, Ca.

EXECUTED ON THIS **18TH** DAY OF **April 2008** AT **22:00 hours**.

[signature]

J. Poplawski / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **1** page, I find probable cause to believe that the defendant named therein committed the offense on **April 18th, 2008** in violation of Title 8, United States Code, Section 1324.

[signature] 4/19/08 @ 8:40 a.m.

MAGISTRATE JUDGE DATE / TIME